OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

Case Number | 14-35393

Case Title | Microsoft Corporation v. Motorola Mobility, Inc., et al

**assigned for hearing:**

Date | April 8, 2015 | Time | 9 a.m. | Courtroom | One

Location | San Francisco

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name | Kathleen M. Sullivan

Address | Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor

City | New York | State | NY | Zip Code | 10010

Phone | 212-849-7000 | Email Address | kathleensullivan@quinnemanuel.com

Party/parties represented | All appellants

Special needs you may require in the courtroom |

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format) | s/ Kathleen M. Sullivan | Date | February 12, 2015

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190