OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

Case Number | 14-35393

Case Title | Microsoft Corporation v. Motorola Mobility, Inc. et al.

**assigned for hearing:**

Date | 4/8/2015    Time | 10 AM    Courtroom | One

Location | James R. Browning United States Courthouse, 95 Seventh Street, San Francisco, California

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name | Carter G. Phillips

Address | Sidley Austin LLP
1501 K Street, N.W.

City | Washington    State | DC    Zip Code | 20005

Phone | (202) 736-8000    Email Address | cphillips@sidley.com

Party/parties represented | Microsoft Corporation

Special needs you may require in the courtroom |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format) | s/ Carter G. Phillips    Date | 3/17/2015

### Filing Instructions
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190